**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**JOHN FROST,**

    **Plaintiff,**

v.                                          **Case No:  2:12-cv-35-FtM-29SPC**

**FLORIDA SERVICE PAINTING, INC.**
**and BILL JOHNSON,**

    **Defendants.**
_____/

## ORDER

This matter comes before the Court on Amended Report Regarding Settlement (Doc. #14) filed on October 31, 2012.  The Parties inform the Court that they have reached a negotiated settlement and indicate they are finalizing the terms of the settlement, and will file the appropriate dismissal documents within the next 30 days.

The Parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.  Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).   Therefore, the Court directs the Plaintiff to submit the settlement documents for review attached to a Motion for Approval of an FLSA Settlement Agreement.

Accordingly, it is now

**ORDERED:**

(1) The Plaintiff John Frost is hereby directed to file a Motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

(2) The Motion shall include a copy of the settlement agreement signed by all parties, a brief description of the terms of the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether or not the Plaintiff's claims were settled by compromise, as well as the Plaintiff's Counsel's attorney's fees and costs and whether or not said fees and costs were negotiated separately from the FLSA claim.

(3) The Plaintiff shall provide the Court with said information in a motion on or before **November 30, 2012.**

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of October, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record